IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CUNNINGHAM CHARTER CORPORATION,**

    **Plaintiff,**

**v.**

**LEARJET, INC.,**

    **Defendants.**                                  Case No. 07-cv-233-DRH

## ORDER

**HERNDON, Chief Judge:**

    The Court raises this matter, *sua sponte,* pursuant to Federal Rule of Civil Procedure 12(f)(1). Currently pending is Plaintiff's Second Motion to Remand (**Doc. 77** ). Defendant timely filed a Response (**Doc. 78**). Plaintiff filed a Reply. **(Doc 80**). Local Rule 7.1(d) states that "[r]eply briefs shall not exceed five (5) pages." **SDIL -LR 7.1(d)**. Plaintiff's Reply is 9 pages. Plaintiff did not request leave to file a reply brief in excess of 5 pages. Accordingly, the Court **STRIKES** Plaintiff's Reply (**Doc. 80**). Plaintiff is **ALLOWED** up to and including July 31, 2009 to file a Reply that conforms to the Local Rules.

    **IT IS SO ORDERED.**

    **Dated this 28th day of July 2009**

                                                           /s/    *David R Herndon*
                                                           **Chief Judge**
                                                           **United States District Court**