UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CUNNINGHAM CHARTER CORPORATION,**
*on behalf of itself and others similarly situated,*

**Plaintiff,**

v.

**LEARJET, INC.,**

**Defendant.**                                                  No. 07-cv-233-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 23, 2012, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
           **Deputy Clerk**

Dated:   October 29, 2012

APPROVED:   *David R. Herndon 2012.10.29 14:10:17 -05'00'*
           CHIEF JUDGE
           U. S. DISTRICT COURT